Certificate Number: 13861-GAN-DE-030898220

Bankruptcy Case Number: 18-55184



13861-GAN-DE-030898220

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 18, 2018, at 7:23 o'clock AM PDT, Althea M Pullins completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  April 18, 2018                By:       /s/Rebecca K Snyder

                                     Name:  Rebecca K Snyder

                                     Title:  Counselor